UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

HARRY JEFFRIES
_____
*Full name(s) of Plaintiff(s)*

AMMENDED,
**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

v.

TEEN CHALLENGE - CHALLENGE
TRAINING CENTER
MRS. BETH JURBRANSKY
*Full name(s) of Defendant(s)* HUMANS RESOURCES MANAGER

CIVIL ACTION
NO. 14-5755

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
   ***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
   ***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

___ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
   ***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name: HARRY JEFFRIES
Street Address: 120 S. 4TH STREET
County, City: BERKS  Reading
State & Zip: PA  19602
Telephone Number: _____

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant Name: MRS. BETH DarBRANSKY
Street Address: 33 TEEN CHALLENGE ROAD
County, City: BERKS COUNTY
State & Zip: PA. 19550
Telephone Number: 717-933-4182

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer: TEEN CHALLENGE TRAINING CENTER
Street Address: 33 Teen CHALLENGE Rd.
County, City: BERKS  19550
State & Zip: PA. 19550
Telephone Number: 717-933-4182

II. **Statement of the Claim**

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

___ Failure to hire me
✓ Termination of my employment
✓ Failure to promote me

-2-

____ Failure to reasonably accommodate my disability
____ Failure to reasonably accommodate my religion
✓ Failure to stop harassment
✓ Unequal terms and conditions of my employment
✓ Retaliation
✓ Other (specify): Hired Thier PERSONAL ATTORNEY NON-TEEN CHALLENGE LAWYERS FOUR BLOCKS FROM MY HOME

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) 07-10-10, (day) 10, (year) 2010.

C. I believe that the defendant(s) (check one):

✓ is still committing these acts against me.
____ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓ race ____          ____ color ____
____ religion ____   ✓ gender/sex ____
____ national origin ____
____ age   My date of birth is 01-12-68 (*Give your date of birth only if you are asserting a claim of age discrimination*)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

I WAS Employed By TeeN CHAlleNGe TRAINING CENTER AFTer I Graduated FROM thier ONE YEAR PROGRAM to A extended TRAING. THE HUMAN ReSource MANAGER Had CAlled Me to Her OFFice THEN She Followed by touching Me iN APPropriatly ON Buttucks My Buttucks I complained 3 three times We Had Three MEETINGS About the PRoblem. MY SElF AND THE PresideNt DR. -3- JOE BAtLuck ANd JiM WESt ALso DARLene puNd T I HAd some Help MY co woRKers Took me to MEET WitH THE HUMANS ReLatioNs INVestorGate

Teen Challenge Training Center was charged and Beth Dorbransky as so she was consequently served twice and both times Joe Butluck has continued his dishonest effort to keep this whole thing hid from the board of director in Missiouri Teen Challen. I never wanted was for her to stop I asked Dr. Batluck and he assured me that wold not happen again when the Humans Relations served her Mrs. Beth Dorbransky and Teen Challenge Training Center I was three week after Terminated. Also I was not the first man who complainded about Mrs. Beth Dorbranky Another student before me also complained against Mrs. Dorbranky and wa later Terminated

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

## III. Exhaustion of Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __08-25-2010__ (Date).

B. The Equal Employment Opportunity Commission (*check one*): __10-24-2010 - Two times__

    ___ has not issued a Notice of Right to Sue Letter.
    _✓_ issued a Notice of Right to Sue Letter, which I received on _____ (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

    _✓_ 60 days or more have passed.
    ___ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: __08-24-2010__ (*Date*).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

    _✓_ One year or more has passed.
    ___ Less than one year has passed.

-4-

## IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

- [x] Direct the defendant to hire the plaintiff.
- [x] Direct the defendant to re-employ the plaintiff.
- [x] Direct the defendant to promote the plaintiff.
- [ ] Direct the defendant to reasonably accommodate the plaintiff's disabilities.
- [ ] Direct the defendant to reasonably accommodate the plaintiff's religion.
- [ ] Direct the defendant to (*specify*): Movies About SEX Harassment Prevention
- [x] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
- [x] Other (*specify*): MAKe A HEAlthy WoRK ENViRoNment to teACh How SERious Some one who Touches Another Employee Should be Emmediatley BE Addressed

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff   Harry Jeffries
Address

Telephone number   1-484-334-0688
Fax number (*if you have one*)

-5-